AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA </br> v. </br> **Gustavo GOMEZ-Alvarez** </br> </br> **Defendant** | Case No.  8:19-MJ-826 (GLF) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 8, 2019 in the county of Clinton in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Improper entry by an alien, any alien who enters or attempts to enter the United States at any time or place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Gregg DeFeo                , Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:   December 9, 2019

_____
Judge's signature

City and State:   Plattsburgh, New York        Hon. Gary L. Favro, U.S. Magistrate Judge
Printed name and title

FILED
DEC - 9 2019
AT _____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh
U.S. DISTRICT COURT - N.D. OF N.Y.

*United States of America v. Gustavo GOMEZ-Alvarez*

At approximately 6:49 AM, Swanton Sector Radio Communications (KAD 640) notified Champlain, NY Border Patrol Agents (BPA) of activity along the border approximately one-half mile west of the Champlain Port of Entry in Champlain, NY. The area in which the activity was reported is a common location where aliens attempt to illegally enter the United States.

At approximately 7:15 AM, BPA Chad Downie responded to the area and identified foot sign in the snow of individuals illegally entering the United States from Canada. BPA Downie followed the foot sign south from the international border while BPAs Jerry Boucher and Dennis Lefand surveilled the surrounding areas' historical pickup locations.

At about 8:29 AM, after an extensive search of the area, BPAs Boucher and Lefand encountered a group of three male subjects attempting to hide in the brush adjacent to parked tractor trailers in the parking lot of a truck stop in Champlain, NY. BPA Boucher identified himself in Spanish as a U.S. Border Patrol Agent and proceeded to conduct a field interview. One of the subjects was later identified as Gustavo GOMEZ-Alvarez.

All subjects' pants and jackets were visibly wet/muddy/frozen, along with their boots as if they had been walking through the woods.

BPA Downie questioned the subjects in Spanish as their citizenship and each of the subjects stated that he is a citizen of Mexico in the United States without immigration documents.

The location of the arrests is about one mile south of the U.S./Canada border, just west of the Champlain Port of Entry.

The subjects, including Gustavo GOMEZ-Alvarez, were placed under arrest for illegally entering the United States and transported to the Champlain, NY Border Patrol Station for further questioning.

At the station, Gustavo GOMEZ-Alvarez's biometric and biographical information was entered into Department of Homeland Security databases and Swanton Sector Communications. Record checks showed Gustavo GOMEZ-Alvarez has no criminal history in the United States. Gustavo GOMEZ-Alvarez has no U.S. Immigration record. Gustavo GOMEZ-Alvarez entered Canada on December 6, 2019 as per Canadian Border Services Agency's (CBSA) stamp in his Mexican passport.

Citizens of Mexico are required to apply for a visa if they seek to enter the United States. Mexican citizens who are issued a visa by the United States government are required to present the visa and the person's passport to an official at a Port of Entry as he or she seeks admission into the United States. Gustavo GOMEZ-Alvarez does not possess a valid visa and records show that he has not applied for one. If Gustavo GOMEZ-Alvarez had presented himself to a Port of Entry and asked permission to enter the United States, he would have been denied admission, as he does not possess a United States visa.